(April 22, 1980)

■ In the Matter of ROBERT KERWICK, as Assessor of the Town of Hardenburg, et al., Appellants, v STATE BOARD OF EQUALIZATION AND ASSESSMENT, Respondent.—Motion for permission to appeal to the Court of Appeals from order entered February 20, 1980, which order modified the judgment entered July 14, 1978 by dismissing the petition as moot. Motion granted, without costs. Kane, J. P., Staley, Jr., Main, Mikoll and Herlihy, JJ., concur.

■ SNYDER CONSTRUCTION COMPANY, INC., Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 62762.)—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was the order of the Court of Claims which denied appellant's motion to dismiss the claim as time barred correct as a matter of law?" Sweeney, J. P., Kane, Staley, Jr., Main and Herlihy, JJ., concur.